UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:12-80397-Civ-Middlebrooks/Brannon

**RAMON PEREZ, individually
and ELADIO PEREZ, individually**

    Plaintiffs,

v.

**CREDIT BUREAU COLLECTION SERVICES, INC.,
a foreign corporation**

    Defendants.
_____/

## PLAINTIFFS' NOTICE OF SETTLEMENT

Plaintiffs, RAMON PEREZ and ELADIO PEREZ, hereby notify this Court that a settlement has been reached this day between the parties, pending final execution of settlement documents and releases.

Respectfully submitted May 9, 2012,

    /s Robert C. Gindel, Jr. _____
    Robert C. Gindel, Jr.
    Email: robertgindel@robertgindel.com
    Florida Bar No.: 470740
    Robert C. Gindel, Jr., P.A.
    1500 Gateway Boulevard, Suite 220
    Boynton Beach, FL 33426
    Telephone: (561) 649-2344
    Facsimile: (561) 965-8550
    Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 9th day of May, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via U.S. Mail and/or some other authorized manner to the counsel listed below and as well as for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Cheryl Roberts Heuser, Esquire
General Counsel, CBCS
250 E. Town Street
Columbus, OH 43215
Phone (614) 493-5713
cheryl.heuser@cbcsnational.com

                                   By: */s/ Robert C. Gindel, Jr.*
                                        Robert C. Gindel, Jr., Esqure