UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-80397-cv-DMM

RAMON PEREZ, individually
and ELADIO PEREZ, individually

      Plaintiffs,

v.

CREDIT BUREAU COLLECTION SERVICES, INC.,
a foreign corporation

      Defendants.
_____/

### ORDER ON NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court upon Plaintiffs' Notice of Voluntary Dismissal with Prejudice (DE 14). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff may voluntarily dismiss this action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a). Defendant has served neither motion. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs unless otherwise provided. All pending motions are **DENIED AS MOOT** and the Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this _18_ day of June, 2012.

                                                DONALD M. MIDDLEBROOKS
                                                UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record